IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOUGLAS CHERTOK,

    Plaintiff,

v.

SRS ACQUIOM, INC., a Delaware corporation, and WEWORK COMPANIES LLC, a Delaware limited liability company,

    Defendant.

CASE NO.: 0:23-CV-60821-RLR

## JOINT CONFERENCE REPORT

Pursuant to Local Rule 16.1(b)(2), Plaintiff, Douglas Chertok ("Chertok" or "Plaintiff"), and Defendants, SRS Acquiom, Inc. ("SRS") and WeWork Companies LLC ("WeWork," and together with SRS, "Defendants"), file this Joint Conference Report:

1. Pursuant to Local Rule 16.1(b)(2), Plaintiff and Defendants participated in a party conference by telephone on May 15, 2023 and discussed the matters addressed herein.

2. <u>Likelihood of settlement</u>: Plaintiff has made a settlement offer to Defendants, which is currently being reviewed. The parties have no further update at this time regarding a potential settlement in this matter.

3. <u>Likelihood of appearance in the action of additional parties</u>: Given the issues raised in Defendants' Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(B)(6) (DE7) ("Motion to Dismiss") and Defendants' Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 (DE 9), Plaintiff is currently evaluating the need to add additional parties in this matter.

4. <u>Proposed limits on the time to join other parties and to amend the pleadings</u>: The parties agree to a deadline of July 1, 2023 to join other parties and to amend the pleadings. Plaintiff is contemplating filing and Amended Complaint.

5. <u>Proposed limits on the time to file and hear motions</u>: The parties agree to a deadline of July 3, 2024 to file pre-trial motions, including motions for summary judgment, motions *in limine*, and *Daubert* motions, with said motions to be heard as reasonably soon-after as is practicable.

6. <u>Proposed limits on the time to complete discovery</u>: The parties agree to a deadline of June 14, 2024 to complete discovery.

7. <u>Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment</u>: Given the recent filing of Defendants' Motion to Dismiss, the parties are unsure at this time of the need to formulate and simplify issues or of the necessary number and timing of motions for summary judgment or partial summary judgment. The parties will continue to evaluate and confer after the parties have commenced discovery.

8. <u>The necessity or desirability of amendments to the pleadings</u>: Given the recent filing of Defendants' Motion to Dismiss, the parties are unsure at this time of the necessity or desirability of amendments to the pleadings, but Plaintiff is contemplating filing an Amended Complaint. The parties will continue to evaluate and confer.

9. <u>The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence</u>: The parties are unaware at this time of any

such issues. Based on the parties' current knowledge of the potentially discoverable information in this matter, the parties do not expect significant discovery disputes.

10. <u>Suggestions for the avoidance of unnecessary proof and of cumulative evidence</u>: At this time, the parties do not expect any issues of unnecessary proof and of cumulative evidence.

11. <u>Suggestions on the advisability of referring matters to a Magistrate Judge or master</u>: Pursuant to the Clerk's Notice of Judge Assignment in this matter ("DE2"), the parties agree to discovery and pre-trial matters being referred to US Magistrate Judge Panayotta D. Augustin-Birch.

12. <u>A preliminary estimate of the time required for trial</u>: The parties estimate that three (3) days will be required for trial in this matter.

13. <u>Requested date or dates for conferences before trial, a final pretrial conference, and trial</u>: The parties request for trial in this matter to commence during the four-week trial docket beginning on or about August 1, 2024, with a final pretrial conference on or about July 24, 2024.

14. <u>Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced</u>: The parties are unaware at this time of any such issues.

15. <u>Any issues about claims of privilege or of protection as trial preparation materials</u>: The parties are unaware at this time of any such issues.

Dated: May 17, 2023

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC**<br><br>By: */s/ Michael E. Dutko, Jr.*<br>Michael E. Dutko, Jr. (Florida Bar No. 72505)<br>401 E. Las Olas Boulevard, Suite 2250<br>Fort Lauderdale, FL 33301-4251<br>Telephone: (954) 703-3908<br>Email:    michael.dutko@bipc.com<br><br>Geoffrey G. Grivner (DE Bar No. 4711)<br>Kody M. Sparks (DE Bar No. 6464)<br>500 Delaware Avenue, Suite 720<br>Wilmington, Delaware 19801<br>Email:    geoffrey.grivner@bipc.com<br>kody.sparks@bipc.com<br><br>*Attorneys for Defendants* | ***PRO SE* PLAINTIFF**<br><br>By: */s/ Douglas Chertok*<br>Douglas Chertok<br>4250 Galt Ocean Drive, Suite 10H<br>Ft. Lauderdale, Florida 33308<br>Tel.: (917) 215-5214<br>Email: dchertok@gmail.com<br><br>*Pro se Plaintiff* |