IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DOUGLAS CHERTOK,<br><br>            Plaintiff,<br><br>      v.<br><br>SRS ACQUIOM, INC., a Delaware corporation, and WEWORK COMPANIES LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO.: 0:23-CV-60821-RLR |

### JOINT PROPOSED SCHEDULING ORDER

Pursuant to Local Rule 16.1(b)(6), IT IS ORDERED AND ADJUDGED as follows:

1.      A pretrial conference shall be held in this action, no later than one (1) month prior to trial.

2.      Counsel shall meet at least ONE MONTH prior to the beginning of the trial calendar to confer on the preparation of a pretrial stipulation.

3.      The joint pretrial stipulation shall be filed on or before the date set forth in the attached Notice of Trial and shall conform to Local Rule 16.1(e). The Court will not allow unilateral pretrial stipulations.

4.      In cases tried before a jury, each party shall file the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Additionally, one copy of the proposed jury instructions shall be sent in Word or WordPerfect format to rosenberg@flsd.uscourts.gov. Each jury instruction shall be typed on a separate sheet and must be supported by citation of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the *Pattern Jury Instructions* for civil cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein. At the close of the

evidence, a party may file additional instructions covering matters occurring at the trial that could not reasonably be anticipated, and with the Court's permission, file untimely requests for instructions on any issue.

5. In cases tried before the Court, each party shall file the proposed findings of fact and conclusions of law at least ONE WEEK prior to the beginning of the trial calendar. Proposed conclusions of law shall be supported by citations of authority.

6. All exhibits must be pre-marked. The plaintiff and defendant shall both mark their exhibits numerically. A typewritten exhibit list setting forth the number, and description of each exhibit shall be submitted at the time of trial. The parties shall submit said exhibit list on Form AO 187, which is available from the Clerk's office. All electronically filed exhibits should be listed as one attachment unless over 5mb (100 pages).

7. A motion for continuance shall not stay the requirement for the filing of a pretrial stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence.

8. Non-compliance with any provision of this order may subject the offending party to sanctions or dismissal. It is the duty of all counsel and pro se litigants to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

9. The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent compelling circumstances.

| June 30, 2023 | Rule 26(a)(1) Initial Disclosures |
|---|---|
| July 1, 2023 | Joinder of any additional parties and filing of motion to amend the pleadings. |

|   |   |
|---|---|
|   | Parties shall disclose experts, expert witness summaries, and reports as required by Federal Rules of Civil Procedure 26(a)(2). |
|   | Without prejudicing any parties' right to list additional witnesses identified during discovery at a later date who could not reasonably have been discover previously, written lists containing the names and addresses of all fact witnesses intended to be called at trial. |
|   | Exchange of rebuttal expert witness summaries and reports as required by Federal Rules of Civil Procedure 26(a)(2). |
|   | All discovery, including expert discovery, shall be completed. |
|   | Dispositive motions, including summary judgment and Daubert, shall be filed. |
|   | All pretrial motions and memoranda of law, including motions in limine, shall be filed. |
|   | Joint pretrial stipulation must be filed. |
|   | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed. |
|   | Deposition designation must be filed |
|   | Pretrial Stipulation required by Local Rule 16.1.E |
|   | Pretrial Conference |
|   | Trial |

10. This case is assigned to the Standard track.

11. This is a Bench Trial.

12. If this case is settled, counsel are directed to inform the Court promptly by calling chambers and submitting an appropriate order for dismissal, within ten (10) days of notification of settlement to the Court pursuant to Fed. R. Civ. P. 41(a)(1).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _____ day of _____, 2023

 

_____
ROBIN L. ROSENBERG
United States District Judge

Copies provided:

*Douglas Chertok*
*4250 Galt Ocean Drive, Suite 10H*
*Ft. Lauderdale, Florida 33308*

*Michael E. Dutko, Jr.*
*401 E. Las Olas Boulevard, Suite 2250*
*Fort Lauderdale, FL 33301-4251*